# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case No. 1:19-cr-19-AW-GRJ

**JAMES LESTER CURTIS, JR., a/k/a JAMES LESTER CURTIS,**

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 31, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Federal Rule of Criminal Procedure 11, Defendant's plea of Guilty to Count One of the Indictment is hereby ACCEPTED. All parties shall appear before the Court for sentencing as directed.

SO ORDERED on August 16, 2019.

                                              s/ *Allen Winsor*
                                              United States District Judge